**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JONTEE LAMAR BOYAKINS,            ) | |
|                     )<br>        Petitioner,            ) | 3:11-CV-00211-RCJ-VPC |
|                     )<br>vs.                    ) | **ORDER** |
| ROBERT LEGAND, *et al.,*            ) | |
|                     )<br>             Respondents._____ ) | |

      Petitioner has filed a document in which he states that he would like to withdraw his petition (docket #6). Accordingly, this petition is dismissed without prejudice.

      **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition for writ of habeas corpus (docket #1-1).

      **IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice.

      **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

      **IT IS FURTHER ORDERED** that the Clerk shall send to petitioner one copy of his petition (docket #1-1).

      Dated this 17th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE